141 A.3d 294

MERION GARDENS ASSISTED LIVING COMPANY, LLC, PLAIN-TIFF–PETITIONER, v. HOSPICOMM, INC., DEFEN-DANT/THIRD–PARTY PLAINTIFF–RESPONDENT, v. DALTON INSURANCE COMPANY, INC., THIRD–PARTY DEFENDANT.

June 17, 2016.

Denied.

141 A.3d 294

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DIRK CANCELOSI, DEFENDANT–PETITIONER.

June 17, 2016.

Denied.

141 A.3d 294

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. VICTOR GONZALEZ, DEFENDANT–RESPONDENT.

June 24, 2016.

It is ORDERED that the petition for certification is denied.

The Court agrees with the Appellate Division's conclusion that the use of "and/or" in the jury instruction in this case injected ambiguity into the charge. *See State v. Gonzalez*, 444 *N.J.Super.* 62, 75–76, 130 *A.*3d 1250 (App.Div.2016). The criticism of the use of "and/or" is limited to the circumstances in which it was used in this case. *Id.* at 71–72, 130 *A.*3d 1250.